

Wednesday, November 27, 2013

No. 12–0501/AF.  U.S. v. Jessica E. McFadden.  CCA 37438.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2013.

No. 13–0524/AF.  U.S. v. Senator G. Negron.  CCA 37754.  Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2013.

No. 13–0602/AR.  U.S. v. Thomas C. Flesher.  CCA 20110449.  Appellant's motion to extend time to file a brief is granted, *up to and including December 16, 2013*,

and *absent extraordinary circumstances, no further extension of time will be granted in this case.*

No. 14–0204/AR. U.S. v. Derrick A. Miller. CCA 20110651. Appellant's motion to extend time to file the supplement to the petition for grant of review granted to December 16, 2013.